UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DISTRICT

| | | |
|---|---|---|
| BLACK HILLS CORPORATION, | ) | Civil No. C6-5069 |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| FACTORY MUTUAL INSURANCE COMPANY | ) | [Fed. R. Civ. P. 41(a)(1)] |
| | ) | |
| Defendant | ) | |

The parties hereto, Plaintiff Black Hills Corporation and Defendant Factory Mutual Insurance Company, hereby stipulate that all claims in the above-captioned action shall be voluntarily dismissed with prejudice pursuant to Rules 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its respective costs and attorney's fees.

Dated: January 17, 2008          LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____/s/ Steven J. Oberg_____
Steven J. Oberg
Catherine M. Sabers
Attorneys for Plaintiff
PO Box 8250
Rapid City, SD 57709-8250
605-342-2592
csabers@lynnjackson.com

Attorneys for Plaintiff Black Hills Corporation

Dated: January 17, 2008          GUNDERSON, PALMER, GOODSELL & NELSON, LLP

By: _____/s/ Verne Goodsell_____
G. Verne Goodsell
440 Mount Rushmore Road
P.O. Box 8045
Rapid City, SD  57709-8045
TEL: 605-342-1078
FAX: 605-342-9503

And

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Scott G. Johnson
    Scott G. Johnson
    Keala E. Ede
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN  55402
    TEL:  612-349-8500
    FAX:  612-339-4181
    sgjohnson@rkmc.com

Attorneys for Defendant Factory Mutual Insurance Company

**IT IS SO ORDERED.**

Dated: _____

                                                _____
                                                HONORABLE KAREN E. SCHREIER
                                                United States District Judge