UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DISTRICT

| | | |
|---|---|---|
| BLACK HILLS CORPORATION, | ) | Civil No. 06-5069 |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| FACTORY MUTUAL INSURANCE COMPANY | ) | **[Fed. R. Civ. P. 41(a)(1)]** |
| | ) | |
| | ) | |
| Defendant | ) | |

The parties hereto, Plaintiff Black Hills Corporation and Defendant Factory Mutual Insurance Company, hereby stipulate that all claims in the above-captioned action shall be voluntarily dismissed with prejudice pursuant to Rules 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its respective costs and attorney's fees.

Dated this 23 day of January, 2008.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: ______________________________

Steven J. Oberg
Catherine M. Sabers
Attorneys for Plaintiff
PO Box 8250
Rapid City, SD 57709-8250
TEL: 605-342-2592
FAX: 605-342-5185
soberg@lynnjackson.com

Attorneys for Plaintiff Black Hills Corporation

Dated this 7th day of ~~January~~ February, 2008.

GUNDERSON, PALMER, GOODSELL & NELSON, LLP

By: ______________________________

G. Verne Goodsell
440 Mount Rushmore Road
P.O. Box 8045
Rapid City, SD 57709-8045
TEL: 605-342-1078
FAX: 605-342-9503

And

Dated this 12th day of ~~January~~ February, 2008.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________________

Scott G. Johnson
Keala E. Ede
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
TEL: 612-349-8500
FAX: 612-339-4181
sgjohnson@rkmc.com

Attorneys for Defendant Factory Mutual Insurance Company

**IT IS SO ORDERED.**

Dated this ____ day of _____________, 2008.

______________________________
HONORABLE KAREN E. SCHREIER
United States District Judge