UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| BLACK HILLS CORPORATION, | ) | CIV. 06-5069-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| FACTORY MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal with Prejudice, it is hereby

ORDERED that the stipulation (Docket 55) is approved. All claims in the above-captioned action are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) , with each party bearing its respective costs and attorney's fees.

Dated February 15, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE